AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)

DATE: 3-17-03

NAME OF SERVER (PRINT): Clarence Brown

TITLE: C. L. Brown Enterprises

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Bethesda, MD 20817   NCCF, 6301 Greentree Road

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-17-03

Signature of Server: Clarence L. Brown J.

Address of Server: PO BOX 10391 WASHINGTON DC 20020

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.