# KRUCHKO & FRIES
### COUNSELORS AT LAW

| | | |
|---|---|---|
| Suite 560<br>1750 Tysons Boulevard<br>McLean, Virginia 22102<br>-----<br>(703) 734-0554 | Suite 400<br>502 Washington Avenue<br>Baltimore, Maryland 21204<br>-----<br>Telephone: (410) 321-7310<br>Telecopier: (410) 821-7918 | Suite 900<br>601 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>-----<br>(202) 347-6550 |

JAY R. FRIES
Admitted in MD and VA

JFries@kruchkoandfries.com

July 16, 2003

Ms. Felicia C. Cannon
Clerk of Court
United States District Court for the
 District of Maryland - Northern Division
101 W. Lombard Street
Room 404
Baltimore, Maryland 21201-2690

     Re: ***Kathy Barrett v. National Center for Children and Families, et al***
       Civil Action No.: CCB03CV151

Dear Ms. Cannon:

 Please be advised that effective June 30, 2003, the law offices of Kruchko & Fries have relocated to:

      Suite 400
      502 Washington Avenue
      Baltimore, Maryland 21204

 The phone and fax numbers will remain the same. Please change all records to reflect this change of address. Thank you for your attention.

      Sincerely yours,

      KRUCHKO & FRIES

      By: _____/s/_____
        Jay R. Fries

      Counsel for National Center for Children and
        Families, Inc.

JRF/dgs
cc: Janice Williams-Jones, Esq.