# KRUCHKO & FRIES

**COUNSELORS AT LAW**

Suite 560
1750 Tysons Boulevard
McLean, Virginia 22102
-----
(703) 734-0554

Suite 400
502 Washington Avenue
Baltimore, Maryland 21204
-----
Telephone: (410) 321-7310
Telecopier: (410) 821-7918

Suite 900
601 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
-----
(202) 347-6550

**JAY R. FRIES**
Admitted in MD and VA

JFries@kruchkoandfries.com

August 20, 2003

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the
 District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

      Re: ***Kathy J. Barrett v. National Center for Children and Families, et al.***
           Civil No. CCB03CV151

Dear Judge Blake:

This letter will constitute the joint status report of the parties in the above-referenced case.

a. Discovery has been completed in this case.

b. No motions are currently pending before the Court.

c. Defendants anticipate filing a Motion for Summary Judgment which will be filed by September 19, 2003.

d. A jury trial has been demanded in the case and the parties anticipate that a trial would last for four days.

e. The parties have not met to conduct settlement negotiations; however, the parties are currently engaged in settlement negotiations via telephone.

f. The parties are amenable to a settlement conference following the Court's decision on Defendant's Motion for Summary Judgment.

The Honorable Catherine C. Blake
August 20, 2003
Page 2

    g.    The parties do not consent to trial of the matter before a U.S. Magistrate Judge.

    h.    The parties know of no other matters which merit the Court's attention.

                            Sincerely yours,

                            KRUCHKO & FRIES

                    By:      /s/
                            Jay R. Fries

                          Counsel for National Center for Children and
                              Families, Inc. *et al.*

JRF/dgs
cc:    Janice Williams-Jones, Esq.