# KRUCHKO & FRIES
COUNSELORS AT LAW

| | | |
|---|---|---|
| Suite 560<br>1750 Tysons Boulevard<br>McLean, Virginia 22102<br>-----<br>(703) 734-0554 | Suite 400<br>502 Washington Avenue<br>Baltimore, Maryland 21204<br>-----<br>Telephone: (410) 321-7310<br>Telecopier: (410) 821-7918 | Suite 900<br>601 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>-----<br>(202) 347-6550 |

JAY R. FRIES
Admitted in MD and VA

*JFries@kruchkoandfries.com*

August 21, 2003

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the
 District of Maryland
U.S. Court House
101 W. Lombard Street
Baltimore, MD 21201

   Re: ***Kathy J. Barrett v. National Center for Children and Families, et al.***
      Civil No. CCB03CV151

Dear Judge Blake:

 I am writing on behalf of the parties to advise the Court that the parties have agreed to a resolution in this matter. The parties ask the Court to enter a Settlement Order pursuant to Local Rule 111.1.

 Thank you for your cooperation in this matter.

        Sincerely yours,

        KRUCHKO & FRIES

      By: _____/s/_____
        Jay R. Fries

        Counsel for National Center for Children and
         Families, Inc. *et al.*

JRF/dgs
cc: Janice Williams-Jones, Esq.